UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KEISHA MITCHELL, LEKESHA DEAL, AND SHANDA HULSEY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CROFT, MICHAEL CROFT ENTERPRISES, INC., CHRIS SIMS, TERRY ASHLEY, IRWIN COUNTY, GEORGIA, DONNIE YOUGHN INDIVIDUALLY, and DONNIE YOUGHN, AS SHERIFF OF IRWIN COUNTY, GEORGIA,<br><br>Defendants. | CASE NO.<br>7:06-CV-00083-HL |

## DEFENDANTS MICHAEL CROFT'S AMENDED ANSWER

COMES NOW Defendant Michael Croft and supplements his Answer and affirmative defenses as follow:

## THIRTEENTH DEFENSE

Plaintiffs have not suffered the loss of rights, privileges, or immunities secured by the laws of the United States or of the United States Constitution as a result of the actions of this Defendant.

## **FOURTEENTH DEFENSE**

The claims and allegations set forth in the Plaintiffs' Complaint, even if true, do not state a claim for relief under 42 U.S.C. § 1983, because any deprivation alleged therein does not rise to the level of a constitutional tort as against this Defendant.

## **FIFTEENTH DEFENSE**

The Plaintiffs are not entitled to recover punitive damages.

## **SIXTEENTH DEFENSE**

Plaintiffs cannot establish a constitutional violation let alone that there was any policy or custom that was the driving force of any alleged deprivation of the Plaintiffs' rights.  Additionally, the Plaintiffs cannot establish that there was any deliberate indifference on the part of this Defendant.

WHEREFORE, Defendant Croft prays that the Plaintiffs' Complaint be dismissed, that all costs be taxed against the Plaintiff, that if this case is not dismissed that it be tried before a jury of twelve (12) persons, and for such other and further relief as this Court deems just and proper.

This 3rd day of May, 2007.

                                            **HAWKINS & PARNELL, LLP**

                                            /s/ Brian W. Sprinkle
                                            Frank C. Bedinger, III
                                            Georgia Bar No. 046675
                                            Brian W. Sprinkle
                                            Georgia Bar No. 673036

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308
(404) 614-7400
(404) 614-7500 facsimile

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KEISHA MITCHELL, LEKESHA DEAL, AND SHANDA HULSEY,** )<br>)<br>)<br>Plaintiffs, )<br>)<br>**v.** )<br>)<br>**MICHAEL CROFT, MICHAEL CROFT ENTERPRISES, INC., CHRIS SIMS, TERRY ASHLEY, IRWIN COUNTY, GEORGIA, DONNIE YOUGHN INDIVIDUALLY, and DONNIE YOUGHN, AS SHERIFF OF IRWIN COUNTY, GEORGIA,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | CASE NO.<br>7:06-CV-00083-HL |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed Michael Croft's Amended Answer with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joshua A. Larkey, Esq.
William T. Mitchell, Esq.
Jennifer G. Cowart, Esq.
Barbara A. Marschalk, Esq.
J. Ellsworth Hall, IV, Esq.

10278890v.1

This 3rd day of May, 2007.

                    HAWKINS & PARNELL, LLP

                    /s/ Brian W. Sprinkle
                    Frank C. Bedinger, III
                    Georgia Bar No. 046675
                    fbedinger@hplegal.com
                    Brian W. Sprinkle
                    Georgia Bar No. 673036
                    bsprinkle@hplegal.com

4000 SunTrust Plaza
303 Peachtree Street, NE        Attorneys for Defendants
Atlanta, Georgia  30308         Michael Croft and
(404) 614-7400                    Michael Croft Enterprises, Inc.
Facsimile (404) 614-7500
fbedinger@hplegal.com
bsprinkle@hplegal.com