# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KEISHA MITCHELL, LEKESHA DEAL, AND SHANDA HULSEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL CROFT, MICHAEL CROFT ENTERPRISES, INC., CHRIS SIMS, TERRY ASHLEY, IRWIN COUNTY, GEORGIA, DONNIE YOUGHN INDIVIDUALLY, and DONNIE YOUGHN, AS SHERIFF OF IRWIN COUNTY, GEORGIA,**<br><br>Defendants. | CASE NO.<br>7:06-CV-00083-HL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), all parties stipulate that the Plaintiffs hereby dismiss the above-styled action with prejudice, and without costs to any party.

CONSENTED TO BY:

| **Defendants Michael Croft and Michael Croft Enterprises, Inc.** | **Defendants Irwin County Georgia, Donnie Youghn, Individually and Donnie Youghn, as Sheriff of Irwin County, Georgia** |
|---|---|
| /s/ Brian W. Sprinkle<br>Frank C. Bedinger, III<br>Georgia Bar No. 046675<br>Brian W. Sprinkle<br>Georgia Bar No. 673036<br>HAWKINS & PARNELL, LLP<br>4000 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, Georgia  30308 | /s/ William T. Mitchell<br>(signed by Brian W. Sprinkle with express permission)<br>William T. Mitchell<br>Georgia Bar No. 513810<br>Jennifer G. Cowart<br>Georgia Bar No. 191612<br>CRUSER & MITCHELL, LLP<br>Peachtree Ridge, Suite 750<br>3500 Parkway Lane<br>Norcross, Georgia  30092 |
| **Defendants Chris Sims and Terry Ashley** | **Plaintiffs Keisha Mitchell, Lakesha Deal and Shanda Hulsey** |
| /s/ Barbara A. Marschalk<br>(signed by Brian W. Sprinkle with express permission)<br>Barbara A. Marschalk<br>Georgia Bar No. 324498<br>DREW ECKL & FARNHAM, LLP<br>800 West Peachtree Street<br>Atlanta, Georgia  30309 | /s/ Joshua A. Larkey<br>(signed by Brian W. Sprinkle with express permission)<br>Joshua A. Larkey<br>Georgia Bar No. 001316<br>MILLS & LARKEY, LLP<br>315 South Main Street<br>P. O. Box 408<br>Fitzgerald, Georgia  31750 |

**I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.  Counsel for all parties have given their express permission for the undersigned counsel to sign and file this document with the Court.**

/s/ Brian W. Sprinkle
Brian W. Sprinkle
Georgia Bar No. 673036

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **KEISHA MITCHELL, LEKESHA DEAL, AND SHANDA HULSEY,** | ) ) ) ) | CASE NO. 7:06-CV-00083-HL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **MICHAEL CROFT, MICHAEL CROFT ENTERPRISES, INC., CHRIS SIMS, TERRY ASHLEY, IRWIN COUNTY, GEORGIA, DONNIE YOUGHN INDIVIDUALLY, and DONNIE YOUGHN, AS SHERIFF OF IRWIN COUNTY, GEORGIA,** | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joshua A. Larkey, Esq.  
William T. Mitchell, Esq.  
Jennifer G. Cowart, Esq.  

Barbara A. Marschalk, Esq.  
J. Ellsworth Hall, IV, Esq.

3

This 30th day of August, 2007.

        HAWKINS & PARNELL, LLP

        /s/ Brian W. Sprinkle
        Frank C. Bedinger, III
        Georgia Bar No. 046675
        fbedinger@hplegal.com
        Brian W. Sprinkle
        Georgia Bar No. 673036
        bsprinkle@hplegal.com

4000 SunTrust Plaza
303 Peachtree Street, NE     Attorneys for Defendants
Atlanta, Georgia 30308       Michael Croft and
(404) 614-7400                Michael Croft Enterprises, Inc.
Facsimile (404) 614-7500
fbedinger@hplegal.com
bsprinkle@hplegal.com